AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

Michael Owens, #265085,

        Petitioner,        **SUMMARY JUDGMENT IN A CIVIL CASE**

vs.

                        Case Number: 2:06-639-GRA-RSC

Anthony Padula, Warden, Lee
Correctional Institution; and
Henry D. McMaster, Attorney General
of the State of South Carolina,

        Respondents.

**Decision on the Record.** This action came before the court on the record, Honorable G. Ross Anderson, U.S. District Judge, presiding. The issues have been reviewed and a decision rendered. The Court having adopted the Report and Recommendations of Magistrate Judge Robert S. Carr,

    **IT IS ORDERED AND ADJUDGED** that Summary Judgment is granted as to the Respondents, Summary Judgment is denied as to the Petitioner, the Petitioner shall take nothing on his Petition filed pursuant to 28 U.S.C.§2254, and this matter is ended.

                                                      LARRY W. PROPES, Clerk

                                                      By s/Susan K. Sanders
                                                               Deputy Clerk

November 22, 2006